72 F.3d 127
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Clyde S. LOCKHART, Plaintiff-Appellant,
v.
Shirley S. CHATER, Commissioner of Social Security,
Defendant-Appellee.
 No. 94-2266.
 United States Court of Appeals, Fourth Circuit.
 Submitted May 31, 1995.
Decided Dec. 14, 1995.
 
 Clyde S. Lockhart, Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.
 Before MURNAGHAN, WILKINSON, and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the magistrate judge's order* affirming the Secretary's final decision denying his claim for Disability Insurance Benefits and Supplemental Security Income. We have reviewed the record and the magistrate judge's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Lockhart v. Chater, No. CA-93-329 (M.D.N.C. Aug. 11, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. Sec. 636(c) (1988)